# First District Court of Appeal
## State of Florida

_____

No. 1D17-5046
_____

CITY OF MIAMI BEACH and
CORVEL CORPORATION,

Appellants,

v.

WILLIAM GEDDES,

Appellee.

_____

On appeal from an order of the Judge of Compensation Claims.
Sylvia Medina-Shore, Judge.

Date of Accident: December 12, 2011.

April 13, 2018

PER CURIAM.

AFFIRMED.

LEWIS, ROBERTS, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Luis F. Estrada of Angones, McClure & Garcia, P.A., Miami, for Appellants.

Bill McCabe, Longwood, and Kevin R. Gallagher of The Gallagher Law Group, Fort Lauderdale, for Appellee.